IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: April Danielle Wells | : | CASE NO.: 1:19-bk-01074-RNO |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| April Danielle Wells, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | 11 U.S.C. 722 |
| CarMax Auto Finance | : | |
| 12800 Tuckahoe Creek Parkway | : | |
| Richmond VA 23238 | : | |
| | : | |
| Respondent. | : | |

**NOTICE OF MOTION AND RESPONSE DEADLINE**

The Debtor filed a Motion for Authority to Redeem Personal Property on May 22, 2019 for the purposes of redeeming the 2013 Hyundai Sonata pursuant to 11 U.S.C. § 722.

If you object to the relief requested, you must file your objection/response by June 5, 2019 with the Clerk of Bankruptcy Court Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701 and serve a copy on Debtor's Attorney, Patrick J. Best, Esq. at 18 N. 8th St. Stroudsburg PA 18360.

If you file and serve an objection/response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection/response within the time permitted, the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

Date: <u>May 22, 2019</u>            /s/ Patrick J. Best
　　　　　　　　　　　　　　　　　　Patrick J. Best, Esq.
　　　　　　　　　　　　　　　　　　ARM Lawyers
　　　　　　　　　　　　　　　　　　18 N. 8th St.
　　　　　　　　　　　　　　　　　　Stroudsburg PA 18360
　　　　　　　　　　　　　　　　　　570-424-6899
　　　　　　　　　　　　　　　　　　Attorney for Debtor