IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: April Danielle Wells | : | CASE NO.: 1:19-bk-01074-RNO |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| April Danielle Wells, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | 11 U.S.C. 722 |
| CarMax Auto Finance | : | |
| 12800 Tuckahoe Creek Parkway | : | |
| Richmond VA 23238 | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Patrick J. Best, Esq. do hereby certify that I have served the foregoing Motion for Authority to Redeem Personal Property, Notice of Motion, and Proposed Order upon the following recipients:

| CarMax Auto Finance<br>c/o Jon Daniels, SVP<br>12800 Tuckahoe Creek Parkway<br>Richmond VA 23238<br>*Creditor* | John J. Martin, Esquire<br>1022 Court St.<br>Honesdale, PA 18431<br>*Chapter 7 Trustee* | Anne K. Fiorenza<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101<br>*US Trustee* |
|---|---|---|

Via Public Access to Court Electronic Records/Electronic Case Filing and U.S. First Class Mail on May 22 2019.

Date: <u>May 22, 2019</u>

/s/ Patrick J. Best
Patrick J. Best, Esq.
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899