# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: April Wells, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | 5:19-bk-01074-RNO |

## CERTIFICATION OF NO OBJECTION TO MOTION TO REDEEM

The undersigned hereby certifies that, as of June 6, 2019, the undersigned has received no answer, objection or other responsive pleading to the Debtor's Motion to Redeem, Docket No ., filed on May 22, 2019.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Debtor's Motion to Redeem appears thereon. Pursuant to Notice of Motion, objections to the Debtor's Motion to Redeem were to be filed and served before June 5, 2019.

It is hereby respectfully requested that the Order attached to this Certification be entered at the earliest convenience of the Court.

Date: June 6, 2019

/s/ Patrick J. Best
Patrick J. Best, Esquire
ARM Lawyers
18 N 8th Street
Stroudsburg, PA 18360
Phone: 570.424.6899
Facsimile: 484.544.8625
Attorney for Debtor