# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: April Danielle Wells | : | CASE NO.: 1:19-bk-01074-RNO |
| | : | |
| Debtor. | : | CHAPTER 7 |

| | | |
|---|---|---|
| April Danielle Wells, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | 11 U.S.C. 722 |
| CarMax Auto Finance | : | |
| 12800 Tuckahoe Creek Parkway | : | |
| Richmond VA 23238 | : | |
| | : | |
| Respondent. | : | |

## ORDER GRANTING REDEMPTION

Upon the motion of the Debtor (s) and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtor (s):

Year: 2013    Make: Hyundai    Model: Sonata    VIN # 5NPEC4AC6DH637576

2. The debt owing the Respondent is a dischargeable consumer debt and the Debtor (s) interest in such property is exempt and the Chapter 7 Trustee has filed a report of no distribution. The property is therefore deemed abandoned.

3. The value of the secured claim of the Respondent for redemption purposes, the "redemption amount" is $2,000.00.

**IT HEREBY ORDERED,**

1. That the Debtor (s) may redeem the subject property by paying to the Respondent on or before the thirtieth (30th) day following entry of this Order the redemption amount.

2. Upon timely receipt of such payment, the Respondent is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtor instruction.

3. In the event of the failure of the Respondent to so cancel its lien within three (3) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.