# Notice Recipients

District/Off: 0314–5    User: KADavis    Date Created: 6/11/2019
Case: 5:19–bk–01074–RNO    Form ID: pdf010    Total: 3

**Recipients of Notice of Electronic Filing:**
tr        John J Martin (Trustee)        pa36@ecfcbis.com
aty       Patrick James Best             patrick@armlawyers.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
CARMAX AUTO FINANCE        c/o JON DANIELS SVP        12800 TUCKAHOE CREEK
PARKWAY        RICHMOND, VA 23238

TOTAL: 1